# UNITED STATES DISTRICT COURT
# IN THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Krista Coblentz,<br><br>  Plaintiff,<br><br>vs.<br><br>LVNV Funding, LLC.<br><br>  Defendant. | Case No.: 1:21-cv-00114-JTN-PJG |

## NOTICE OF SETTLEMENT WITH DEFENDANT
## LVNV FUNDING, LLC

  Plaintiff and Defendant, LVNV Funding, LLC have agreed to settle their dispute and intend to file a Stipulation of Dismissal as to LVNV Funding, LLC, with prejudice, no later than May 15, 2022.

              Respectfully submitted,

              /s/ Carl Schwartz
              CARL SCHWARTZ (P70335)
              GARY HANSZ (P44956)
              Attorneys for Plaintiff
              39111 Six Mile Rd., Suite 142
              Livonia, MI 48152
              (248) 353-2882
              Email – Carl@crlam.com

## **PROOF OF SERVICE**

    I, Carl Schwartz, hereby state that on March 17, 2022 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

/s/ Carl Schwartz
