# UNITED STATES DISTRICT COURT
## IN THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| Krista Coblentz,<br><br>    Plaintiff,<br><br>vs.<br><br>Berndt & Associates, P.C.,<br><br>    Defendant. | Case No.:  1:21-cv-00114-JTN-PJG |

## NOTICE OF SETTLEMENT WITH DEFENDANT BERNDT & ASSOCIATES, P.C.

Plaintiff and Defendant, Berndt & Associates, P.C have agreed to settle their dispute and intend to file a Stipulation of Dismissal as to Berndt & Associates, P.C., with prejudice, no later than May 15, 2022.

Respectfully submitted,

/s/ Carl Schwartz
CARL SCHWARTZ (P70335)
GARY HANSZ (P44956)
Attorneys for Plaintiff
39111 Six Mile Rd., Suite 142
Livonia, MI 48152
(248) 353-2882
Email – Carl@crlam.com

## **PROOF OF SERVICE**

    I, Carl Schwartz, hereby state that on March 17, 2022 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

/s/ Carl Schwartz