# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Krista Coblentz,<br><br>        Plaintiff,<br><br>vs.<br><br>LVNV Funding, LLC.,<br><br>        Defendant. | Case No.: 1:21-cv-00114-JTN-PJG |

## STIPULATION OF DISMISSAL AS TO LVNV FUNDING, LLC WITH PREJUDICE AND WITHOUT COSTS

The parties, as evidenced by the signatures of her respective counsel below, stipulate to the dismissal of LVNV Funding, LLC with prejudice and without attorney's fees or costs to either party.

Respectfully Submitted,

May 2, 2022

/s/ Carl Schwartz
CARL SCHWARTZ (P70335)
GARY HANSZ (P44956)
Attorneys for Plaintiff
39111 Six Mile Rd
Livonia, MI 48152
(248) 353-2882
Email – Carl_@crlam.com

/s/ Nabil G. Foster
Nabil G. Foster
BARRON & NEWBURGER, PC
53 W. Jackson Blvd., # 1205
Chicago, IL 60604
Telephone: 312-767-5750
Facsimile: 312-229-9203
nfoster@bn-lawyers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2022, I electronically filed a copy of the foregoing paper and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/ Carl Schwartz

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

**SOUTHERN DIVISION**

| | |
|---|---|
| Krista Coblentz,<br><br>        Plaintiff,<br><br>vs.<br><br>LVNV Funding, LLC.,<br><br>        Defendant. | Case No.: 1:21-cv-00114-JTN-PJG |

**ORDER OF DISMISSAL**
**WITH PREJUDICE AS TO LVNV FUNDING, LLC**

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against LVNV Funding, LLC are hereby dismissed with prejudice and without fees or costs to either party. The Clerk of the Court shall terminate LVNV Funding, LLC as a party in this action and remove its attorneys of record from receiving ECF Notifications.

Date: _____          _____
                                                          Judge of United States District Court