# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Krista Coblentz,

       Plaintiff,

vs.

LVNV Funding, LLC.,

       Defendant.

Case No.: 1:21-cv-00114-JTN-PJG

## STIPULATION OF DISMISSAL AS TO BERNDT & ASSOCIATES, P.C. WITH PREJUDICE AND WITHOUT COSTS

The parties, as evidenced by the signatures of her respective counsel below, stipulate to the dismissal of Berndt & Associates, P.C with prejudice and without attorney's fees or costs to either party.

Respectfully Submitted,

May 2, 2022

/s/ Carl Schwartz
CARL SCHWARTZ (P70335)
GARY HANSZ (P44956)
Attorneys for Plaintiff
39111 Six Mile Rd
Livonia, MI 48152
(248) 353-2882
Email – Carl_@crlam.com

/s/ Boyd W. Gentry
Boyd W. Gentry (OH # 0071057)
Law Office of Boyd W. Gentry, LLC
4031 Colonel Glenn Highway, First Floor
Beavercreek, OH 45431
Tel. (937) 839-2881
Fax (800) 839-5843
bgentry@boydgentrylaw.com
Counsel for Berndt & Associates, P.C.

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2022, I electronically filed a copy of the foregoing paper and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/ Carl Schwartz

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Krista Coblentz,<br><br>   Plaintiff,<br><br>vs.<br><br>LVNV Funding, LLC.,<br><br>   Defendant. | Case No.: 1:21-cv-00114-JTN-PJG |

**ORDER OF DISMISSAL
WITH PREJUDICE AS TO BERNDT & ASSOCIATES, P.C.**

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Berndt & Associates, P.C are hereby dismissed with prejudice and without fees or costs to either party.  The Clerk of the Court shall terminate Berndt & Associates, P.C as a party in this action and remove its attorneys of record from receiving ECF Notifications.

Date: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Judge of United States District Court